UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-20283 |
| ROXANNE MARCELLE LESTER, ) | | |
| ) | Chapter: | 7 |
| ) | Honorable A. Benjamin Goldgar | |
| ) | | |
| ) | 1 | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION OF THE U.S. TRUSTEE 11 U.S.C. UNDER § 329(b) TO EXAMINE FEES PAID TO ATTORNEY**

This matter coming to be heard on the motion of the U.S. Trustee under 11 U.S.C. § 329(b) to examine fees paid to attorney, due notice having been given, and the the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The court will conduct a hearing to examine the fees paid to Vaughn White on March 8, 2021, at 10:00 a.m. Vaughn White is directed to appear at the hearing and show cause why he should not disgorge his fees.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: February 22, 2021

**Prepared by:**

Jeffrey L. Gansberg, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3327